# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

128955

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PATRICIA L. CZYZYK,
        Plaintiff-Appellee,

v

SC: 128955
COA: 253126
Kent CC: 03-003007-CZ

JOAN L. IRONS,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 10, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

_____
Clerk

p1219